IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BERENICE THOREAU DE LA SALLE,

    Plaintiff,                                    No. CIVS-09-2701 MCE KJM PS

    vs.

AMERICA'S WHOLESALE LENDER, et al.,

    Defendants.                             <u>ORDER</u>

        Plaintiff has requested permission under Local Rule 133(b)(2) and (3) to utilize electronic filing. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's request is granted.

        2. Within seven days from the date of this order, plaintiff shall provide an e-mail address to the court for purposes of electronic filing.

DATED: March 10, 2010.

_____
U.S. MAGISTRATE JUDGE

006
delasalle.ecf